IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LINDA DRUMMOND, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 3:09-CV-00293 |
| v. | ) |
| | ) JURY DEMAND |
| ARAMARK CORPORATION, | ) |
| Defendant. | ) |

## MOTION

Pursuant to the Court's Order entered on April 20, 2010, counsel for Defendant ARAMARK Management Services Limited Partnership, incorrectly named as ARAMARK Corporation (hereinafter "ARAMARK") requests the Court's approval for ARAMARK's representative with settlement authority to attend the settlement conference on June 16, 2010, at 9:30 a.m. by telephone. ARAMARK's counsel has spoken to Plaintiff's counsel and there is no objection to this request.

*[handwritten notation: This motion is GRANTED. /s/ 5-26-10]*

Respectfully submitted,

/s/ Sonya R. Smith
Cameron Hill (BPR No. 017408)
Sonya R. Smith (BPR No. 023898)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Commerce Center
211 Commerce Street, Suite 1000
Nashville, TN 37201
Phone: 615-726-5600
Fax: 615-744-5654
srsmith@bakerdonelson.com

*Attorneys for ARAMARK Management Services, LLC*